**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wright, Theodore S. Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1568** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**65 Baybrook Lane**<br>**Oak Brook, IL**<br>ZIP Code **60523** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**4757 W. Montrose**<br>**Chicago, IL**<br>ZIP Code **60641** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Wright, Theodore S. Jr. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wright, Theodore S. Jr.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Theodore S. Wright, Jr.**
Signature of Debtor  **Theodore S. Wright, Jr.**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**August 16, 2010**
Date

### Signature of Attorney*

**X  /s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR  06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**August 16, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Theodore S. Wright, Jr.**    Case No.
Debtor(s)    Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Theodore S. Wright, Jr.**
**Theodore S. Wright, Jr.**

Date: **August 16, 2010**

Certificate Number: 02645-ILN-CC-012009060



02645-ILN-CC-012009060

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 16, 2010</u>, at <u>3:39</u> o'clock <u>PM EDT</u>, <u>Theodore S Wright Jr.</u> received from <u>A 123 Credit Counselors, Inc</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>August 16, 2010</u>         By: <u>/s/Dainelys Martinez</u>

Name: <u>Dainelys Martinez</u>

Title: <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re **Theodore S. Wright, Jr.** Case No.
Debtor(s) Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Amex Personal CC<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | Amex Personal CC<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | | | 20,702.75 |
| Andrew Popek<br>c/o William Tyminski<br>8129 West Oak Avenue<br>Niles, IL 60714 | Andrew Popek<br>c/o William Tyminski<br>8129 West Oak Avenue<br>Niles, IL 60714 | | | 200,000.00 |
| Citi Mastercard<br>P.O. Box 688903<br>Des Moines, IA 50368-8903 | Citi Mastercard<br>P.O. Box 688903<br>Des Moines, IA 50368-8903 | | | 16,725.05 |
| CitiMastercard<br>P.O. Box 688903<br>Des Moines, IA 50368-8903 | CitiMastercard<br>P.O. Box 688903<br>Des Moines, IA 50368-8903 | | | 16,254.05 |
| Daniel St. Marie<br>3207 Nottingham<br>Chicago, IL 60634 | Daniel St. Marie<br>3207 Nottingham<br>Chicago, IL 60634 | | | 16,000.00 |
| George Tomaszewicz<br>10 Lakewood Dr.<br>Bannockburn, IL 60015 | George Tomaszewicz<br>10 Lakewood Dr.<br>Bannockburn, IL 60015 | | | 120,000.00 |
| Hanifa Doyle<br>6300 N. Legett Ave.<br>Chicago, IL 60646 | Hanifa Doyle<br>6300 N. Legett Ave.<br>Chicago, IL 60646 | | | 13,400.00 |
| Health PCP<br>18440 Thompson Court<br>Tinley Park, IL 60477 | Health PCP<br>18440 Thompson Court<br>Tinley Park, IL 60477 | | | 16,960.40 |
| Intuitive Solutions<br>1S270 Summit Ave.<br>Villa Park, IL 60181 | Intuitive Solutions<br>1S270 Summit Ave.<br>Villa Park, IL 60181 | | | 12,557.87 |
| Jay Zahn-Door County Treasurer<br>421 Nebtaska Street<br>Sturgeon Bay, WI 54235 | Jay Zahn-Door County Treasurer<br>421 Nebtaska Street<br>Sturgeon Bay, WI 54235 | | | 16,238.48 |
| Karl Kuester<br>Key Management<br>551 W. 2nd Street<br>Elmhurst, IL 60126-2565 | Karl Kuester<br>Key Management<br>551 W. 2nd Street<br>Elmhurst, IL 60126-2565 | | | 36,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Theodore S. Wright, Jr.**  Case No.
　　　　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lee Michael**<br>3829 S. Arden Ave.<br>Brookfield, IL 60513 | **Lee Michael**<br>3829 S. Arden Ave.<br>Brookfield, IL 60513 | | | **283,000.00** |
| **Manning Silverman & Co.**<br>175 Olde Half Day Road<br>Lincolnshire, IL 60069 | **Manning Silverman & Co.**<br>175 Olde Half Day Road<br>Lincolnshire, IL 60069 | | | **5,075.00** |
| **Medical Electronics**<br>P.O. Box 45030<br>Kansas City, MO 64171 | **Medical Electronics**<br>P.O. Box 45030<br>Kansas City, MO 64171 | | | **5,624.07** |
| **Porter County Treasrer**<br>P.O. Box 11357<br>South Bend, IN 46634 | **Porter County Treasrer**<br>P.O. Box 11357<br>South Bend, IN 46634 | | | **18,037.40** |
| **Reavy Therapy, LLC**<br>c/o Daniel J. Nickel & Associates<br>One N. LaSalle Street, Suite 4400<br>Chicago, IL 60602 | **Reavy Therapy, LLC**<br>c/o Daniel J. Nickel & Associates<br>One N. LaSalle Street, Suite 4400<br>Chicago, IL 60602 | | Disputed | **42,052.87** |
| **Robert Russo**<br>c/o Roger Brejcha<br>512 W. Burlington Rd., Suite 6A<br>La Grange, IL 60525 | **Robert Russo**<br>c/o Roger Brejcha<br>512 W. Burlington Rd., Suite 6A<br>La Grange, IL 60525 | | Disputed | **140,000.00** |
| **Standard Mutual Insurance**<br>8700 N. Waukegan Road<br>Morton Grove, IL 60053 | **Standard Mutual Insurance**<br>8700 N. Waukegan Road<br>Morton Grove, IL 60053 | | | **6,699.54** |
| **William Laurino**<br>5734 N. Kingsdale<br>Chicago, IL 60646 | **William Laurino**<br>5734 N. Kingsdale<br>Chicago, IL 60646 | | | **20,000.00** |
| **Yellow Book USA**<br>2560 Renaissance Blvd.<br>King of Prussia, PA 19406 | **Yellow Book USA**<br>2560 Renaissance Blvd.<br>King of Prussia, PA 19406 | | | **10,355.27** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, **Theodore S. Wright, Jr.**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 16, 2010**　　　　　　　　　　Signature  **/s/ Theodore S. Wright, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Theodore S. Wright, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A.F. Hauser
4401 E. US Highway 3
Valparaiso, IN 46383

Alarm Detection Systems
1111 Church Road
Aurora, IL 60505

Allstate Insurance
P.O. Box 3576
Akron, OH 44309-3576

Amex Business CC
P.O. Box 0001
Los Angeles, CA 90096-8000

Amex Personal CC
P.O. Box 0001
Los Angeles, CA 90096-8000

AMPAC
25 Massachusetts Avenue
Washington, DC 20001-7400

Anda Generics
P.O. Box 930219
Atlanta, GA 31193-0219

Andrew Popek
c/o William Tyminski
8129 West Oak Avenue
Niles, IL 60714

AT&T
P.O. Box 8100
Aurora, IL 60507

Bank of America
P.O. Box 15102
Wilmington, DE 19886-5102

Bringing Communities Together
720 W. Jackson Blvd
Chicago, IL 60661

BSN Medical, Inc.
P.O. Box 751766
Charlotte, NC 28275-1766

Capital One Bank
P.O. Box 6492
Carol Stream, IL 60197-6492

Chase
P.O. Box 15153
Wilmington, DE 19886

Chase Visa
P.O. Box 15153
Wilmington, DE 19886

Chicago Department of Revenue
8034 Innovation Way
Chicago, IL 60682

CIT Technology Fin Serv.
21146 Network Place
Chicago, IL 60673

Citi Mastercard
P.O. Box 688903
Des Moines, IA 50368-8903

CitiMastercard
P.O. Box 688903
Des Moines, IA 50368-8903

City of Chicago
P.O. Box 6330
Chicago, IL 60680-6330

Comcast Cable
P.O. Box 3001
Southeastern, PA 19398-3001

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4488

Costar Reality Information
Attn: Collections Dept.
2 Bethesda
Bethesda, MD 20814-5388

Daniel St. Marie
3207 Nottingham
Chicago, IL 60634

Deleware County Treasurer
100 West Main Street
Muncie, IN 47305

Department of Revenue
City Hall - Room 107A
Chicago, IL 60602

Dependable Fire Equipment
60 Le Baron Street
Waukegan, IL 60085-3025

Directorio en Espanol
P.O. Box 403968
Atlanta, GA 30384-3968

EDSB
475 Cedar Cross Road
Dubuque, IA 52003

| | | |
|---|---|---|
| Edwards Medical Supply<br>Dept. 77-3432<br>Chicago, IL 60678-3432 | Health Care Data Services<br>N43W33490 Wisconsin Ave.<br>Nashotah, WI 53058-9767 | Intoximeters<br>P.O. Box 798313<br>Saint Louis, MO 63179-8000 |
| Electronic Network System<br>Dept. 1078<br>Denver, CO 80256-1078 | Health PCP<br>18440 Thompson Court<br>Tinley Park, IL 60477 | Intuitive Solutions<br>1S270 Summit Ave.<br>Villa Park, IL 60181 |
| Fave Media<br>2350 N. Clark Street<br>Chicago, IL 60614 | Henry Schein<br>Dept. CH 14125<br>Palatine, IL 60055-4125 | Jay Zahn-Door County Treasurer<br>421 Nebtaska Street<br>Sturgeon Bay, WI 54235 |
| Fifth Third Bank<br>346 W. Carol Lane<br>Chicago, IL 60651-1504 | HomeEq Servicing<br>P.O. Box 13716<br>Sacramento, CA 95853-3716 | Jefferson Park Chamber<br>4849 N. Milwaukee Ave.<br>Chicago, IL 60630 |
| First Data Merchant Serv.<br>P.O. Box 17548<br>Denver, CO 80217-7548 | HYPA<br>770 N. Halsted<br>Suite 207<br>Chicago, IL 60622 | Karl Kuester<br>Key Management<br>551 W. 2nd Street<br>Elmhurst, IL 60126-2565 |
| First Insurance Funding<br>9075 Innovation Way<br>Chicago, IL 60652 | Illinois Dept. of Employment Securi<br>Collection Section 10th Floor<br>Chicago, IL 60603-2802 | Konica Minolta Business<br>Dept CH 19188<br>Palatine, IL 60055-9188 |
| Garland County<br>200 Woodbine<br>Hot Springs National Park, AR 71901 | Illinois System & Software<br>641 Western Ave.<br>Glen Ellyn, IL 60137 | Lee Michael<br>3829 S. Arden Ave.<br>Brookfield, IL 60513 |
| Gentel, Inc.<br>4803 N. Milwaukee Ave.<br>Chicago, IL 60630 | IMS<br>7449 N. Natchez Ave.<br>Niles, IL 60714 | Liberty Mutual Insurance<br>P.O. Box 0569<br>Carol Stream, IL 60132-0569 |
| George Tomaszewicz<br>10 Lakewood Dr.<br>Bannockburn, IL 60015 | Informator Polonijny<br>4200 N. Milwaukee Ave.<br>Chicago, IL 60641 | LSX Delivery, LLC<br>P.O. Box 809246<br>Chicago, IL 60680-9246 |
| Hanifa Doyle<br>6300 N. Legett Ave.<br>Chicago, IL 60646 | Internal Revenue Service<br>P.O. Box 804-527<br>Cincinnati, OH 45280-4527 | Manning Silverman & Co.<br>175 Olde Half Day Road<br>Lincolnshire, IL 60069 |

McTigue & Spiewak, Inc.
5805 W. Higgins
Chicago, IL 60630

Office Max
75 Remittance Drive
Chicago, IL 60675

PSS World Medical, Inc.
300-2 Airport Road
Elgin, IL 60123-1600

MedClean Clinic
P.O. Box 5789
Villa Park, IL 60181

Ogden Dunes Waterworks
115 Hillcrest Road
Ogden Dunes, IN 46368

Psychmedics Corp.
P.O. Box 844065
Boston, MA 02284-4065

Medical Arts PRess
P.O. Box 37647
Philadelphia, PA 19101-0647

Paetec
P.O. Box 1317
Buffalo, NY 14201

Quest Diagnostics
P.O. Box 12989
Chicago, IL 60693

Medical Electronics
P.O. Box 45030
Kansas City, MO 64171

Paetec
P.O. Box 3443
Milwaukee, WI 53201-3234

Reavy Therapy, LLC
c/o Daniel J. Nickel & Associates
One N. LaSalle Street, Suite 4400
Chicago, IL 60602

Medtox Laboratories
NW 8939
P.O. Box 145
Minneapolis, MN 55485-8939

Patzik, Frank & Samotny
150 S. Wacker Drive
Chicago, IL 60606

Robert Russo
c/o Roger Brejcha
512 W. Burlington Rd., Suite 6A
La Grange, IL 60525

Metlife
P.O. Box 354 00583
Warwick, RI 02887-0354

Peoples Gas
Chicago, IL 60687-0001

Runco Office Supply
P.O. Box 2637
Des Plaines, IL 60017-2673

Midwest Bank
1545 Ellinwood Street
Des Plaines, IL 60016

Pioneer Press
3132 Payshere Circle
Chicago, IL 60674

Rynald Imaging
535 N. Legion Ct.
Wauconda, IL 60084

Midwest Bank
501 W. North Ave.
Melrose Park, IL 60160

PNC Bank
P.O. Box 856177
Louisville, KY 40285-6177

Santanna Energy Serv.
120 E. Ogden Ave.
Hinsdale, IL 60521

National City
5455 W. Belmont
Chicago, IL 60641

Porter County Treasrer
P.O. Box 11357
South Bend, IN 46634

Secretary of State
3701 Winchester Road
Springfield, IL 62707-9700

NIPSCO
P.O. Box 13007
Merrillville, IN 46411-3007

Property Owners Association
895 Desoto Blvd.
Hot Springs Village, AR 71909

Senior Connection
P.O. Box 38
Dundee, IL 60118

Standard Mutual Insurance
8700 N. Waukegan Road
Morton Grove, IL 60053

Williams Landscaping
P.O. Box 30093
Chicago, IL 60630

Stericycle, Inc.
P.O. Box 9001588
Louisville, KY 40290-1588

Yellow Book USA
2560 Renaissance Blvd.
King of Prussia, PA 19406

Travelers
CL Remittance Center
Hartford, CT 06183-1008

TV Facts
P.O. Box 30002
Chicago, IL 60630

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Veolia Es Solid Waste
P.O. Box 6484
Carol Stream, IL 60197-6484

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Wayne Incorporated
245 W. Roosevelt Road
West Chicago, IL 60185

Wells Fargo Financial
P.O. Box 98791
Las Vegas, NV 89193-8791

William Laurino
5734 N. Kingsdale
Chicago, IL 60646