## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-36548 |
| | ) | Chapter 11 |
| THEODORE S. WRIGHT, JR. | ) | |
| | ) | Judge A. Benjamin Goldgar |
| Debtor. | ) | |

## FINAL REPORT AND SCHEDULE OF POST-PETITION DEBTS

Pursuant to F.R.B.P. 1019(5)(A)(i), the following is the schedule of unpaid debts incurred after the filing of the bankruptcy Petition on August 16, 2010, and before the conversion of the case on June 27, 2012, including the name and address of each holder of a claim:

1.   Weissberg and Associates, Ltd.
     401 S. LaSalle Street
     Chicago, IL  60605
     $5,752.75

**THEODORE S. WRIGHT, JR., M.D.,** Debtor

By**:**      /s/ Ariel Weissberg
     One of his attorneys

Ariel Weissberg, Esq. (No. 03125591)
Rakesh Khanna, Esq. (06243244)
John B. Wolf, Esq. (6287700)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514

1