**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 10-36548 |
| | ) Chapter 11 |
| THEODORE S. WRIGHT, JR. | ) |
| | ) Judge A. Benjamin Goldgar |
| Debtor. | ) |

**AMENDED FINAL REPORT AND SCHEDULE OF POST-PETITION DEBTS**

Pursuant to F.R.B.P. 1019(5)(A)(i), the following is the schedule of unpaid debts incurred after the filing of the bankruptcy Petition on August 16, 2010, and before the conversion of the case on June 27, 2012, including the name and address of each holder of a claim:

1. Weissberg and Associates, Ltd.
   401 S. LaSalle Street
   Chicago, IL  60605
   $5,752.75

2. Howard S. Leifman, Ltd.
   7101 N. Cicero, Suite 100
   Lincolnwood, IL 60712
   $10,500.00

3. Scot Clar, Esq.
   Crane, Heyman, Simon, Welch & Clar
   135 S. LaSalle St., Suite 3705
   Chicago, Illinois 60603
   $93,713.50

**THEODORE S. WRIGHT, JR., M.D.,** Debtor


By**:**      /s/ Ariel Weissberg
   One of his attorneys

Ariel Weissberg, Esq. (No. 03125591)
Rakesh Khanna, Esq. (06243244)
John B. Wolf, Esq. (6287700)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514