IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICTOF ILLINOIS
EASTERN DIVISION

CASE NAME:   Theodore S. Wright, Jr.            CASE NO.   10-36548

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Period Ending      June 27, 2012

BEGINNING BALANCE IN ALL ACCOUNTS                                 $   22,890.77

RECEIPTS:
    1. Receipts from operations          37,559.76
    2. Rent                               5,424.19
    3. Less: Refunds Paid
    4. Plus: Voided Checks
                                                                  $   42,983.95

DISBURSEMENTS:
    3. Net payroll:
        a. Officers
        b. Others                                        4,815.89

    4. Taxes
        a. Federal Income Tax                              475.94
        b. FICA withholdings                               499.63
        c. Employee's withholdings
        d. Employer's FICA                                 676.49
        e. Federal Unemployment Taxes
        f. State Income Tax
        g. State Employee withholdings
        h. All other state taxes (IL Unemployment)

    5. Necessary expenses:
        a. Rent or mortgage payments                       600.00
        b. Utilities                                       907.71
        c. Insurance                                     5,268.93
        d. Merchandise bought for manufacture or sale
        e. Other necessary expenses                     22,967.65
        f. Owner's Draw                                  5,500.00

TOTAL DISBURSEMENTS                                                   41,712.24

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD                    1,271.71

ENDING BALANCE IN
            Bank of America                                  11,830.56
            Fifth Third Bank                                  8,544.91

ENDING BALANCE IN ALL ACCOUNTS                              (1)  $   24,162.48

OPERATING REPORT  Page 1
EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICTOF ILLINOIS
EASTERN DIVISION

CASE NAME: Theodore S. Wright, Jr.                    CASE NO. 10-36548

## RECEIPTS LISTING

FOR PERIOD ENDING          June 27, 2012

Bank:              Bank of America

Location:          Chicago

Account Name:      Mayfair Physical Therapy & Rehab

Account No.:       2838012

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 06-01-2012 to 06-27-2012 | Practice Fees | 20,450.04 |
|  | Rent | 5,424.19 |

Bank:              Fifth Third Bank

Location:          Chicago

Account Name:      T S Wright MD

Account No.:       7238028588

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 06-01-2012 to 06-27-2012 | Practice Fees | 17,109.72 |
|  | Rent Received |  |

TOTAL: 42,983.95

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICTOF ILLINOIS
EASTERN DIVISION

CASE NAME: Theodore S. Wright, Jr.  CASE NO. 10-36548

FOR MONTH ENDING June 27, 2012

## STATEMENT OF INVENTORY

Beginning inventory  N/A

Add: purchases

Less: goods sold
(cost basis)

Ending Inventory

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period  5,987.00

Payroll taxes due but unpaid  1,248.30

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Fifth Third Bank | 6/1/2012 | 0 | 1 | 7,337.32 |
| Fifth Third Bank | 6/15/2012 | 0 | 1 | 2,662.68 |
| Hinsdale Bank | 6/1/2012 | 600.00 | | |

*Include only post-petition payments

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  Theodore S. Wright, Jr.              CASE NO. 10-36548

### DISBURSEMENT LISTING

FOR MONTH ENDING         June 27, 2012

Bank:           Bank of America

Location:       Chicago

Account Name:   Mayfair Physical Therapy & Rehab

Account No.:    2838012

| DATE DISBURSED | CHECK NO. | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| 06/04/2012 | Debit | Global Pay | Billing Service Fees Paid | 61.90 |
| 06/05/2012 | 12818 | IL State Police | Charitable Contributions | 100.00 |
| 06/05/2012 | 12819 | Ariel Weissberg | Professional Fees | 12,500.00 |
| 06/05/2012 | 12820 | Paul Cronin | Subcontractor Fees | 1,000.00 |
| 06/05/2012 | 12821 | EP Janitorial | Janitorial Expense | 778.57 |
| 06/07/2012 | Debit | Internal Revenue Service | Payroll Liabilities | 1,652.06 |
| 06/08/2012 | Debit | Occupational Medicine | Dues and Subscriptions | 191.34 |
| 06/12/2012 | Debit | Intuitive Solutions | Office Supplies | 305.00 |
| 06/12/2012 | Debit | Intuitive Solutions | Office Supplies | 275.00 |
| 06/14/2012 | Debit | Cash | Owners Draw | 1,500.00 |
| 06/14/2012 | Debit | Metlife | Insurance Expense | 1,145.88 |
| 06/19/2012 | Debit | Zocdoc, INc. | Advertising and Promotion | 100.00 |
| 06/19/2012 | Debit | I Pass | Automobile Expense | 40.00 |
| 06/20/2012 | Debit | Cash | Owners Draw | 1,500.00 |
| 06/22/2012 | Debit | Intuitive Solutions | Office Supplies | 250.00 |
| 06/25/2012 | Debit | Cash | Owners Draw | 1,500.00 |
| 06/25/2012 | Debit | Cash | Owners Draw | 1,000.00 |
| 06/26/2012 | Debit | Firestone | Automobile Expense | 398.19 |
| 06/27/2012 | Debit | Be-Thin, Inc. | Medical Records and Supplies | 995.00 |

**Totals**                                                    **25,292.94**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICTOF ILLINOIS
EASTERN DIVISION

CASE NAME: Theodore S. Wright, Jr.         CASE NO. 10-36548

### DISBURSEMENT LISTING

FOR MONTH ENDING    June 27, 2012

Bank:           Fifth Third Bank

Location:       Chicago

Account Name:   T S Wright MD

Account No.:    7238028588

| DATE DISBURSED | CHECK NO. | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| 06/02/2012 | 1954 | Hanifa Doyle | -SPLIT- | 522.97 |
| 06/02/2012 | 1955 | Sandy Palao | -SPLIT- | 688.31 |
| 06/04/2012 | 1946 | Hinsdale Bank | Hinsdale Bank | 300.00 |
| 06/04/2012 | 1947 | Office Depot | Office Supplies | 5.69 |
| 06/04/2012 | 1948 | Paetec-Phone | Telephone Expense | 17.21 |
| 06/04/2012 | 1949 | ComCast | Utilities | 81.90 |
| 06/04/2012 | 1950 | ComEd | Utilities | 310.76 |
| 06/04/2012 | 1951 | People's Gas | Utilities | 43.34 |
| 06/04/2012 | 1952 | ComEd | Utilities | 228.69 |
| 06/04/2012 | 1953 | Verizon Wireless | Telephone Expense | 114.52 |
| 06/06/2012 | 1956 | Attorney | Professional Fees | 2,500.00 |
| 06/06/2012 | 1957 | US Trustee | Bankruptcy Trustee Fees | 975.00 |
| 06/09/2012 | 1967 | Sheryl Romz | -SPLIT- | 928.46 |
| 06/10/2012 | 1958 | Poloncia Advertising | Advertising and Promotion | 260.00 |
| 06/12/2012 | 1959 | Traveler's Insurance | Insurance Expense | 412.90 |
| 06/12/2012 | 1960 | Veolia ES | Utilities | 72.41 |
| 06/12/2012 | 1961 | Vantage Orthopedics | Medical Records and Supplies | 192.89 |
| 06/12/2012 | 1962 | Paetec-Internet | Telephone Expense | 35.69 |
| 06/12/2012 | 1963 | AT&T | Telephone Expense | 328.52 |
| 06/12/2012 | 1964 | AT&T | Telephone Expense | 141.14 |
| 06/12/2012 | 1965 | Medclean-Clinic | Cleaning & Maintenance | 37.91 |
| 06/12/2012 | 1966 | A. F. Hauser | Medical Records and Supplies | 463.66 |
| 06/12/2012 | Debit | Fifth Third Bank | Bank Service Charges | 26.00 |
| 06/13/2012 | 1968 | Medtox Laboratories | Laboratory Fees | 622.91 |
| 06/13/2012 | 1969 | CLIA Lab Program | Laboratory Fees | 150.00 |
| 06/13/2012 | 1970 | Office Depot | Office Supplies | 51.79 |
| 06/13/2012 | 1971 | Office Depot | Office Supplies | 73.42 |
| 06/13/2012 | 1972 | Electronic Network Sy | Computer and Internet Expenses | 115.00 |
| 06/13/2012 | 1973 | Henry Schein | Medical Records and Supplies | 193.27 |
| 06/13/2012 | 1974 | Internal Revenue Serv | Tax Payment (prior period/Orvil | 150.00 |
| 06/13/2012 | 1975 | Medtox Laboratories | Laboratory Fees | 409.85 |
| 06/16/2012 | 1977 | Henry Schein | Medical Records and Supplies | 394.38 |
| 06/16/2012 | 1976 | Hanifa Doyle | -SPLIT- | 996.97 |
| 06/16/2012 | 1978 | Sandy Palao | -SPLIT- | 761.57 |
| 06/18/2012 | Debit | YellowBook | Advertising and Promotion | 500.00 |
| 06/23/2012 | 1990 | Sheryl Romz | -SPLIT- | 917.61 |
| 06/25/2012 | 1979 | Medical Electronics | Equipment Rental | 669.38 |
| 06/25/2012 | 1980 | People's Gas | Utilities | 40.89 |
| 06/25/2012 | 1981 | People's Gas | Utilities | 37.09 |
| 06/25/2012 | 1982 | CIT Technology Fin S | Office Supplies | 332.74 |
| 06/25/2012 | 1983 | Allstate Insurance | Insurance Expense | 155.83 |

| Date | Num | Payee | Category | Amount |
|---|---|---|---|---|
| 06/25/2012 | 1984 | Vectren Electric Delive | Utilities | 18.19 |
| 06/25/2012 | 1985 | Yorktown Municipal Ut | Utilities | 28.64 |
| 06/25/2012 | 1986 | Konica Minolta | Office Supplies | 21.78 |
| 06/25/2012 | 1987 | Gentel, Inc. | Telephone Expense | 55.25 |
| 06/25/2012 | 1988 | Indiana Michugan Pov | Utilities | 13.15 |
| 06/25/2012 | 1989 | Alarm Detection | Alarm Service | 200.71 |
| 06/26/2012 | 1991 | Polish Yellow | Advertising and Promotion | 400.00 |
| 06/26/2012 | 1992 | Anda Generics | Medical Records and Supplies | 420.91 |

**Totals**     **16,419.30**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Theodore S. Wright, Jr.     CASE NO. 10-36548

FOR MONTH ENDING     June 27, 2012

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE

    Beginning of month balance

    Add: sales on account

    Less: collections

    End of month balance

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
|   |   |   |   |   |

## STATEMENT OF ACCOUNTS PAYABLE ( POST-PETITION)

    Beginning of month balance

    Add: credit extended

    Less: payments of account

    End of month balance

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
|   |   |   |   |   |

ITEMIZE ALL POST-PETITION PAYABLE OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Theodore S. Wright, Jr.            CASE NO.  10-36548

FOR MONTH ENDING            June 27, 2012

TAX QUESTIONNAIRE

Debtors in possesion and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| # | Item | Yes | No |
|---|------|-----|-----|
| 1 | Federal Income Taxes | Yes (X) | No ( ) |
| 2 | FICA withholdings | Yes (X) | No ( ) |
| 3 | Employee's withholdings | Yes (X) | No ( ) |
| 4 | Employer's FICA | Yes (X) | No ( ) |
| 5 | Federal Unemployment Taxes | Yes (X) | No ( ) |
| 6 | State Income Tax | Yes (X) | No ( ) |
| 7 | State Employee withholdings | Yes ( ) | No (X) |
| 8 | All other state taxes | Yes (X) | No ( ) |

Illinois income taxes withheld ($1,155.84) will be paid by the due date of the return for the quarter, 7/31/2012.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____Theodore S. Wright, Jr._____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_____Theodore S. Wright, Jr.,_____

_____Proprietor_____

DATED: __7/23/12__

OPERATING REPORT Page 8

20

U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: Theodore S. Wright, Jr.   CASE NO.: 10-36548

FOR CALENDAR QUARTER ENDING June 30, 20 12

DISBURSEMENTS*

1.  | MONTH | DISBURSEMENTS |
    |-------|---------------|
    | April | $ 57,475.98 |
    | May   | $ 50,007.48 |
    | June  | $ 41,172.24 |
    | TOTAL DISBURSEMENTS FOR QUARTER | $ 149,195.70 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)   $ 975.00

3. QUARTERLY FEE PAID (Attach proof of payment)   $ 0.00

4. AMOUNT OF UNPAID FEES (IF ANY)   $ 975.00

I, __Theodore S. Wright, Jr.__ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 7/23/12

For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and capacity of person signing this Declaration).   Theodore S. Wright, Jr.

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

22