**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 10-36548 |
| | ) Chapter 11 |
| THEODORE S. WRIGHT, JR. | ) |
| | ) Judge A. Benjamin Goldgar |
| Debtor. | ) |

**FINAL REPORT AND ACCOUNT**

Pursuant to F.R.B.P. 1019(5), Debtor, Theodore S. Wright, Jr., is appending hereto as Exhibit 1, his Final Report and Account.

                                      **THEODORE S. WRIGHT, JR., M.D.,** Debtor

                                      By**:**     /s/ Ariel Weissberg
                                         One of his attorneys

Ariel Weissberg, Esq. (No. 03125591)
Rakesh Khanna, Esq. (06243244)
John B. Wolf, Esq. (6287700)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514