IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-36548 |
| Theodore S. Wright, Jr. ) | Chapter 7 |
| ) | Judge A. Benjamin Goldgar |
| debtor/debtor-in-possession. ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 26th day of November, 2012 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 642 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of the Law Firm of Crane, Heyman, Simon, Welch & Clar as Debtor's Former Bankruptcy Counsel, for Final Allowanced and Payment of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 2nd day of November, 2012 before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

Richard C. Friedman, Esq.
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Daniel J. Nickel, Esq.
Daniel J. Nickel & Assoc. PC
One N. LaSalle, #4400
Chicago, IL 60602

Martin W. Salzman, Esq.
Michael B. Raines, Esq.
Dykema Gossett PLLC
10 S. Wacker Dr., #2300
Chicago, IL 60606

John Lipinsky, Esq.
Coman & Anderson, PC
2525 Cabot Dr., #300
Lisle, IL 60532

Shelly A. DeRousse, Esq.
Stahl Cowen Crowley Addis LLC
55 W. Monroe, #1200
Chicago, IL 60603

David L. Hazan, Esq.
Diver Grach Quade & Masini LLP
111 N. Count St.
Waukegan, IL 60085

Kenneth T. Kubiesa, Esq.
Kubiesa Associates, PC
17W220 22nd St., #200
Oakbrook Terrace, IL 60181

Scott N. Schreiber, Esq.
Stahl Cowen Crowley Addis, LLC
55 W. Monroe, #1200
Chicago, IL 60603

Theodore S. Wright, Jr.
4757 W. Montrose
Chicago, IL 60641

Berton J. Maley, Esq.
Maria Georgopoulos, Esq.
Codilis & Associates, P.C.
15W030 N. Frontage Rd., #100
Burr Ridge, IL 60527

Nathan J. Reusch, Esq.
Randall S. Miller & Assoc.
70 W. Madison St., #1400
Chicago, IL 60602

Patience R. Clark, Esq.
Patience R. Clark P.C.
30 N. LaSalle St., #3400
Chicago, IL 60602

Richard M. Bendix, Esq.
Maria A. Diakoumakis, Esq.
Dykema Gossett PLLC
10 S. Wacker Dr.,#2300
Chicago, IL 60606

Gregory J. Jordan
Jordan, Kowal I& Apostol LLC
55 W. Monroe St., #3600
Chicago, IL 60603-5026

Jeffrey S. Burns, Esq.
Crowley Barrett & Karaba, Ltd.
20 S. Clark St., #2310
Chicago, IL 60603

Ariel Weissberg
Weissberg and Associates Ltd.
401 S. LaSalle St.
Suite 403
Chicago, IL 60605

David E. Grochocinski
Grochocinski Grochocinski & Lloyd Ltd.
1900 Ravinia Pl
Orland Park, IL 60462

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )
                                    )    Case No. 10-36548
Theodore S. Wright, Jr.             )    Chapter 11
                                    )    Judge A. Benjamin Goldgar
    debtor/debtor-in-possession.    )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: <u>Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment:   <u>September 22, 2010</u>

Period for Which Compensation
is Sought:   From: <u>August 16, 2010</u>  through <u>October 30, 2012</u>

Amount of Fees Sought: <u>$122,564.00</u>

Amount of Expense
Reimbursement Sought:  <u>$5,718.84</u>

This is a(n):  Interim Application  ___    Final Application  <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| | None | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $26,039.00 Retainer

Date: <u>November 2, 2012</u>        Applicant:    Crane, Heyman, Simon
                                                   <u>Welch & Clar</u>

                                        By: <u> /s/Scott R. Clar</u>
                                               Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-36548 |
| Theodore S. Wright, Jr. ) | Chapter 7 |
| ) | Judge A. Benjamin Goldgar |
| debtor/debtor-in-possession. ) | |

**MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH & CLAR AS DEBTOR'S FORMER BANKRUPTCY COUNSEL, FOR FINAL ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES[1]**

Theodore S. Wright, Jr., debtor/debtor-in-possession herein ("Debtor"), by and through his Attorneys, and for the Motion pursuant to Sections 330 and 331 of the Bankruptcy Code for Final Allowance and Payment of Compensation and Reimbursement of Expenses, respectfully states as follows:

**Introduction**

1. On August 16, 2010, the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. From the Petition Date until June 27, 2012, the Debtor operated his business and managed his financial affairs as a debtor-in-possession, until his Chapter 11 case was converted to a case under Chapter 7 (the "Conversion Date").

3. After the Conversion Date. David Grochocinski was appointed interim trustee in the Debtor's Chapter 7 case.

---

[1] This motion is filed due to the necessity under the Bankruptcy Code for professionals to file fee applications, and also intended to comply with this Court's Order which set November 2, 2012 as the last day to file claims. This fee motion is intended as an Administrative Claim pursuant to that Notice.

-1-

**Jurisdiction and Venue**

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

5. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M) and (O).

6. By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses as a Chapter 11 administrative expense in the amounts of $122,564.00 and $5,718.84, respectively for the period commencing August 16, 2010 through and including October 30, 2012, and the direction from the Trustee, if there is sufficient funds to pay claims of the same priority as the CHSWC claim, to pay fees and expenses allowed in excess of the pre-petition retainer.

**Relevant Factual Background**

7. The Debtor is an individual who maintains a medical practice at 4757 W. Montrose, Chicago, Illinois, 60641, which is currently operated under the name of Montrose Medical Group, LLC.

8. The Debtor is the owner of properties located from 4337 to 4357 North Cicero Avenue, Chicago, Illinois and 4757 W. Montrose, Chicago, Illinois (the "Properties").

9. The Debtor is also a general practice physician with a family practice located in the Montrose and Cicero area.

10. The Debtor's case progressed to the point of attempted confirmation of a plan, and approval of adequacy of disclosure statement, but was stalled due to objections

filed by certain third parties, consisting of Phoenix Group LLC, International Phoenix Group, LLC and Joan deSouza (the "IPG Parties").

11. The IPG Parties, upon information and belief, were each retained by the Debtor prior to the Petition Date in order to aid him in developing certain real estate.

12. On or about September 22, 2010, the Debtor presented its Motion to Employ CHSWC as the Debtor's bankruptcy counsel ("Motion to Employ") and on September 22, 2010, an Order was entered by this Court granting the Motion to Employ.

13. Due to irreconcilable differences and lack of cooperation between the Debtor and CHSWC, CHSWC withdrew as Debtor's counsel on April 18, 2012.

## CHSWC BIOGRAPHICAL INFORMATION

14. CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of seven (7) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

## SCOTT R. CLAR

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtor in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter

11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

**EUGENE CRANE**

Eugene Crane is a member of the law firm of Crane Heyman Simon Welch and Clar, and has been practicing law in the State of Illinois since 1954.

Mr. Crane is admitted to practice before the United States Supreme Court, the United States District Court, Northern District of Illinois, the United States District Court, Eastern Division of Wisconsin and the United States District Court, Northern District of Indiana. He is also a member of the Federal trial Bar.

Mr. Crane has represented debtors and creditors in reorganization and bankruptcy proceedings in and out of Court. His experience in developing plans of reorganization, litigating claims, cash collateral orders, and contested actions in Chapter 11 and Chapter 7 cases has resulted in successful business and personal recovery.

His practice has always been primarily concentrated in the areas of bankruptcy, insolvency and reorganization. He has written extensively for the Illinois Institute of

Continuing Legal Education and the Illinois State Bar Association, as well as other legal associations. He has been an instructor in bankruptcy skills courses for the Illinois Institute of Continuing Legal Education as well as a frequent lecturer at seminars given by the Chicago Bar Association, the Illinois State Bar Association, the National Association of Bankruptcy Trustee, the Matrimonial Lawyers Association, the North Suburban Bar Association and various commercial groups.

Mr. Crane is a member of the Panel of Trustees for the Northern District of Illinois and has acted as bankruptcy trustee in thousands of cases. He is past Chairman for the Trustee's Advisory Council in the Northern District of Illinois and former Chairman of the Committee on Bankruptcy and Reorganization for the Chicago Bar Association. He has served as Chairman of the Bankruptcy Mediation Panel Subcommittee of the Chicago Bar Association. He has also served on the Committee on Professional Conduct of the Illinois State Bar Association and on the Committee of Professional Responsibility of the Chicago Bar Association. He is a member of the Board of Directors and an officer of the National Association of Bankruptcy Trustees. Mr Crane is also the President-Elect of the National Association of Bankruptcy Trustees.

Mr. Crane received training in negotiations and mediation at Harvard University Law School and has been involved in the development of a mediation panel for the Bankruptcy Court for the Northern District of Illinois. Mr. Crane has been appointed as a Special Commissioner by the United States District Court and has been appointed as a Receiver by the Circuit Court of Cook County, Illinois and the United States District Court. He was selected as a Laureate in The Academy of Lawyers of the Illinois Bar Association.

**JEFFREY C. DAN**

Jeffrey C. Dan is a member of CHSWC and has been practicing law in the State of Illinois since 1997. He graduated from DePaul University School of Law. He has practiced as a trial attorney in a number of areas of the law including personal injury, domestic relations, criminal law and commercial litigation. Mr. Dan joined the firm in September of 2002 and has been actively involved in all aspects of bankruptcy and bankruptcy litigation as well as State Court litigation that arises in insolvency matters. He has served as a member of the Illinois State Bar Association, Commercial Banking and Bankruptcy Law Section Council. Mr. Dan is a member of the Federal Trial Bar and is admitted to practice before the United States Court of Appeals for the Seventh Circuit and the United States Court of Appeals for the Third Circuit. He is also admitted to practice before the United States District Courts for the Northern District of Illinois, Northern District of Indiana, Central District of Illinois and Eastern District of Wisconsin.

15. The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2010 Rate | 2011 Rate | 2012 Rate |
| --- | --- | --- | --- |
| Eugene Crane ("EC") | $475.00 | $485.00 | $490.00 |
| Glenn R. Heyman ("GRH") | $475.00 | $485.00 | $490.00 |
| Arthur G. Simon ("AGS") | $435.00 | $450.00 | $470.00 |
| David K. Welch ("DKW") | $435.00 | $450.00 | $470.00 |
| Scott R. Clar ("SRC") | $435.00 | $450.00 | $470.00 |
| Jeffrey C. Dan ("JCD") | $350.00 | $375.00 | $395.00 |
| John H. Redfield ("JHR") | $350.00 | $360.00 | $370.00 |

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

16. The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period commencing August 12, 2010 through and including October 30, 2012 is as follows:

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Eugene Crane ("EC") | 18.4 | -- | -- | $8,740.00 |
| Glenn R. Heyman ("GRH") | .7 | 1.4 | -- | 1,011.50 |
| Arthur G. Simon("AGS") | 1.2 | 6.9 | -- | 3,627.00 |
| Scott R. Clar ("SRC") | 44.4 | 128.9 | 18.1 | 85,826.00 |
| Jeffrey C. Dan ("JCD") | 30.3 | 18.3 | -- | 17,467.50 |
| John H. Redfield ("JHR") | 4.8 | 11.7 | | 5,892.00 |
| **Total:** | **99.8** | **167.2** | **18.1** | **$122,564.00** |

## LEGAL SERVICES RENDERED

17. The legal services rendered by CHSWC, as more fully described in Exhibits A through I, have been divided into the following categories:

A. **ADMINISTRATIVE MATTERS**

CHSWC rendered services to the Debtor in connection with the drafting, reviewing and filing of bankruptcy schedules, statement of financial affairs, preparation of the petition, initiated the Chapter 11 case, numerous court appearances in connection with motions to employ counsel and accountants.

Total Time Expended:    42.7 Hours

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Eugene Crane ("EC") | 11.7 | | | $5,557.50 |
| Glenn R. Heyman ("GRH") | – | .7 | -- | 339.50 |
| Arthur G. Simon("AGS") | .5 | 3.8 | -- | 1,927.50 |
| Scott R. Clar ("SRC") | 17.3 | 2.6 | 2.1 | 9,682.50 |
| Jeffrey C. Dan ("JCD") | 3.5 | – | – | 1,225.00 |
| John H. Redfield ("JHR") | .5 | | | 175.00 |

| | | | | |
|---|---|---|---|---|
| **Total** | **33.5** | **7.1** | -- | **$18,907.00** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

### B. IPG, PPG AND DESOUZA

CHSWC expended a considerable amount of time attempting to unravel the extremely complicated transactions between the Debtor and the IPG Parties. Included in this category were depositions and numerous motions to compel.

Total Time Expended:    82.2 hours

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Eugene Crane ("EC") | 3.4 | – | – | $1,615.00 |
| Arthur G. Simon("AGS") | | .5 | | 225.00 |
| Scott R. Clar ("SRC") | 5.6 | 23.5 | 9.8 | 17,617.00 |
| Jeffrey C. Dan ("JCD") | 19.8 | 18.3 | – | 13,792.50 |
| John H. Redfield ("JHR") | – | 3.6 | – | 468.00 |
| **Total** | **28.8** | **45.9** | **9.8** | **$33,717.50** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

### C. REAL ESTATE ISSUES INCLUDING MOTIONS TO LIFT STAY

CHSWC expended time in connection with numerous motions to lift stay filed by Fifth Third Bank, First Merit Bank and others, including preparation for trial and numerous court appearances in connection therewith.

Total Time Expended:    41.6 hours

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Eugene Crane ("EC") | 2.2 | – | – | $1,045.00 |
| Glenn R. Heyman ("GRH") | – | .7 | – | 339.50 |

-8-

| Attorney | | | | Amount |
|---|---|---|---|---|
| Arthur G. Simon ("AGS") | .7 | – | – | 304.50 |
| Scott R. Clar ("SRC") | 8.4 | 24.3 | – | 14,589.00 |
| Jeffrey C. Dan ("JCD") | 2.8 | – | – | 980.00 |
| John H. Redfield ("JHR") | 1.0 | 1.5 | – | 890.00 |
| **Total** | **15.1** | **26.5** | – | **$18,148.00** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

### D.  MATTERS CONCERNING REAVY THERAPY

CHSWC expended time in connection with the secured claim of Reavy Therapy, including cash collateral orders and negotiation of a settlement of potential preference complaint and other matters in connection with Reavy Therapy.

Total Time Expended:    19.3 hours

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Scott R. Clar ("SRC") | 4.0 | 6.6 | – | $4,710.00 |
| Jeffrey C. Dan ("JCD") | 2.7 | – | – | 945.00 |
| John H. Redfield ("JHR") | 2.0 | 4.0 | – | 2,140.00 |
| **Total** | **8.7** | **10.6** | -- | **$7,795.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

### E.  HINSDALE BANK

CHSWC expended considerable amount of time in connection with the secured claim of Hinsdale Bank, including response to motions to lift stay and numerous court appearances in connection therewith.

Total Time Expended:    28.6 hours

-9-

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Eugene Crane ("EC") | 1.1 | – | – | $522.50 |
| Glenn R. Heyman ("GRH") | .7 | – | – | 332.50 |
| Scott R. Clar ("SRC") | 7.7 | 17.3 | – | 11,134.50 |
| Jeffrey C. Dan ("JCD") | 1.5 | – | – | 525.00 |
| John H. Redfield ("JHR") | .3 | – | – | 105.00 |
| **Total** | **11.3** | **17.3** | – | **$12,619.50** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

F.  **MISCELLANEOUS SECURED CREDITORS**

CHSWC expended time in connection with other unsecured creditors' motions to lift stay in various other matters concerning secured claims attaching to certain real and personal property owned by the Debtor.

Total Time Expended:   4.5 hours

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Scott R. Clar ("SRC") | 1.2 | 3.3 | – | $2,007.00 |
| **Total** | **1.2** | **3.3** | -- | **$2,007.00** |

Attached to this Motion as Exhibit "F" is an itemization of the legal services rendered in this category.

G.  **PLAN AND DISCLOSURE STATEMENT**

CHSWC expended a considerable amount of time in connection with the Debtor's plan and disclosure statement which progressed to the point of confirmation and a hearing on the adequacy of disclosure statement, but did not result in a confirmed plan due to objections filed alleging certain discrepancies in the Debtor's bankruptcy schedules and a lack of disclosure by the Debtor.

Total Time Expended:   60.3 hours

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Arthur G. Simon ("AGS") | – | 2.6 | – | $1.170.00 |
| Scott R. Clar ("SRC") | .2 | 50.6 | 2.9 | 24,220.00 |
| John H. Redfield ("JHR") | 1.0 | 3.0 | – | 1,430.00 |
| **Total** | **1.2** | **56.2** | **2.9** | **$26,820.00** |

Attached to this Motion as Exhibit "G" is an itemization of the legal services rendered in this category.

H. **INSURANCE AND OTHER TAX ISSUES**

CHSWC spent time in connection with matters concerning the claims of the IRS and other taxing entities, including telephone conversations with the Debtor's accountant and the Internal Revenue Service.

Total Time Expended:   2.6 hours

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Scott R. Clar ("SRC") | – | .7 | – | $315.00 |
| John H. Redfield ("JHR") | – | 1.9 | – | 684.00 |
| **Total** | -- | **2.6** | – | **$999.00** |

Attached to this Motion as Exhibit "H" is an itemization of the legal services rendered in this category.

I. **FEE APPLICATION**

CHSWC expended time in connection with its fee application.

Total Time Expended:   3.3 hours

-11-

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Scott R. Clar ("SRC") | – | – | 3.3 | $1,551.00 |
| **Total** | – | – | **3.3** | **$1,551.00** |

Attached to this Motion as Exhibit "I" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

11. During the course of the representation of the Debtor, CHSWC has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing August 16, 2010 through and including October 30, 2012 is $5,718.84. Attached to this motion as Exhibit "J" is an itemization of the expenses incurred.

## CONCLUSION

12. Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to CHSWC by any person, firm or entity.

13. CHSWC asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

14. CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in this Chapter 11 case.

-12-

WHEREFORE, for the foregoing reasons, Scott R. Clar, and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, pray for the entry of an order pursuant to Sections 330 and 331 of the Bankruptcy Code, as follows:

a) Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $122,564.00 and $5,718.84, respectively for services provided from the period commencing August 12, 2010 through and including October 30, 2012.

b) Authorizing payment by the Debtor to CHSWC of the sum of $102,243.84, representing fees and expenses incurred in excess of the Pre-Petition Retainer; and

c) Granting such other relief as may be just and equitable.

> Respectfully submitted,
>
> CRANE, HEYMAN, SIMON, WELCH & CLAR
>
> By: /s/Scott R. Clar
> One of its attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Wright, Theodore\Pay CHSWC.mot and NOM.wpd