IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-36548 |
| Theodore S. Wright, Jr. ) | Chapter 7 |
| ) | Judge A. Benjamin Goldgar |
| debtor/debtor-in-possession. ) | |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: <u>HOWARD S. LEIFMAN, LTD.</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment: <u>December 10, 2010</u>

Period for Which Compensation
is Sought: From: <u>January 17, 2011</u> through <u>June 8, 2012</u>

Amount of Fees Sought: <u>$13,560.00</u>

Amount of Expense
Reimbursement Sought: <u>$-0-</u>

This is a(n): Interim Application ___  Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| None | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $5,000.00 Retainer

Date: <u>November 2, 2012</u>      Applicant:   Crane, Heyman, Simon
                                              Welch & Clar

                                        By: <u>/s/Scott R. Clar</u>
                                              Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-36548 |
| Theodore S. Wright, Jr. ) | Chapter 11 |
| ) | Judge A. Benjamin Goldgar |
| debtor/debtor-in-possession. ) | |

## NOTICE OF MOTION

TO:  ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 26th day of November, 2012 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 642 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion For Payment of Final Compensation to Howard S. Leifman, Ltd.**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 2nd day of November, 2012 before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

Richard C. Friedman, Esq.
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Daniel J. Nickel, Esq.
Daniel J. Nickel & Assoc. PC
One N. LaSalle, #4400
Chicago, IL 60602

Martin W. Salzman, Esq.
Michael B. Raines, Esq.
Dykema Gossett PLLC
10 S. Wacker Dr., #2300
Chicago, IL 60606

John Lipinsky, Esq.
Coman & Anderson, PC
2525 Cabot Dr., #300
Lisle, IL 60532

Shelly A. DeRousse, Esq.
Stahl Cowen Crowley Addis LLC
55 W. Monroe, #1200
Chicago, IL 60603

David L. Hazan, Esq.
Diver Grach Quade & Masini LLP
111 N. Count St.
Waukegan, IL 60085

Kenneth T. Kubiesa, Esq.
Kubiesa Associates, PC
17W220 22nd St., #200
Oakbrook Terrace, IL 60181

Scott N. Schreiber, Esq.
Stahl Cowen Crowley Addis, LLC
55 W. Monroe, #1200
Chicago, IL 60603

Theodore S. Wright, Jr.
4757 W. Montrose
Chicago, IL 60641

Berton J. Maley, Esq.
Maria Georgopoulos, Esq.
Codilis & Associates, P.C.
15W030 N. Frontage Rd., #100
Burr Ridge, IL 60527

Nathan J. Reusch, Esq.
Randall S. Miller & Assoc.
70 W. Madison St., #1400
Chicago, IL 60602

Patience R. Clark, Esq.
Patience R. Clark P.C.
30 N. LaSalle St., #3400
Chicago, IL 60602

Richard M. Bendix, Esq.
Maria A. Diakoumakis, Esq.
Dykema Gossett PLLC
10 S. Wacker Dr.,#2300
Chicago, IL 60606

Gregory J. Jordan
Jordan, Kowal l& Apostol LLC
55 W. Monroe St., #3600
Chicago, IL 60603-5026

Jeffrey S. Burns, Esq.
Crowley Barrett & Karaba, Ltd.
20 S. Clark St., #2310
Chicago, IL 60603

Ariel Weissberg
Weissberg and Associates Ltd.
401 S. LaSalle St.
Suite 403
Chicago, IL 60605

David E. Grochocinski
Grochocinski Grochocinski & Lloyd Ltd.
1900 Ravinia Pl
Orland Park, IL 60462

Howard S. Leifman, Ltd.
7101 N. Cicero, Ste. 100
Lincolnwood, IL 60712

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-36548 |
| Theodore S. Wright, Jr. ) | Chapter 11 |
| ) | Judge A. Benjamin Goldgar |
| debtor/debtor-in-possession. ) | |

**MOTION FOR PAYMENT OF FINAL COMPENSATION
TO HOWARD S. LEIFMAN, LTD.**[1]

NOW COMES HOWARD S. LEIFMAN, LTD., and for its Motion for Payment of Final Compensation to Howard S. Leifman, Ltd. as Accountants in the Debtor's Chapter 11 case, pursuant to Sections 327 and 331 of the Bankruptcy Code, respectfully states as follows:

**INTRODUCTION**

1. On August 16, 2010, Theodore S. Wright, Jr. ("Debtor") filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor operated his business and managed his financial affairs as debtor-in-possession until June 27, 2012, when the Debtor's Chapter 11 case was converted to a case under Chapter 7 of the Bankruptcy Code. No trustee, examiner or committee of unsecured creditors was appointed to serve in these reorganization cases.

3. This Court is the proper venue for this proceeding pursuant to 28 U.S.C. § 1409(a).

4. The statutory bases for this Motion are Sections 327 and 331 of the Bankruptcy Code.

---

[1] After conversion of the Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, November 2, 2012 was set as the last day to file claims. This motion is intended to serve as the filing of a Chapter 11 administrative claim.

-1-

**Relevant Factual Background**

5. The Debtor is an individual who maintains a medical practice at 4757 W. Montrose, Chicago, Illinois, 60641.

6. The Debtor is also the owner of properties located from 4337 to 4357 North Cicero Avenue, Chicago, Illinois and 4757 W. Montrose, Chicago, Illinois.

7. By Order of Court dated December 1, 2010, the Debtor was authorized to employ Howard S. Leifman and the accounting firm of Howard S. Leifman, Ltd. ("HSL") (the "Retention Order").  A copy of the Retention Order is attached hereto as **Exhibit A**.

8. The Retention Order provided for, and HSL has been paid, a $5,000 post-petition retainer (the "Retainer").  The fees requested by this Motion are in excess of the Post-Petition Retainer.

9. HSL has been required to untangle the Debtor's complicated financial affairs, most of which were caused by the Debtor's reliance upon advice from third parties, and the Debtor's own unfamiliarity with financial matters.

10. HSL's representation has included multiple meetings with the Debtor and former Chapter 11 counsel, and HSL's contributions were invaluable in preparing projections for the Debtor's Chapter 11 Plan of Reorganization.  Given the confused status of the Debtor's books and records, HSL's time entries are extremely reasonable.

11. HSL has provided valuable accounting services to the Debtor since the entry of the Retention Order, consisting of reconciling the Debtor's bank account, meeting with the Debtor to attempt to understand the Debtor's financial situation, preparing monthly operating reports for the U.S. Trustee, preparing the Debtor's payroll tax returns and projections for the Debtor's plan. The accounting services provided by HSL are described

in the invoice attached hereto as **Exhibit B**.

12. HSL seeks payment of $13,560.00 as a Chapter 11 administrative claim as and for accounting services provided for the Debtor during his Chapter 11 case, representing accounting services rendered over and above the Retainer. HSL has not shared, or agreed to share any compensation received as a result of this case with any person, firm or entity.

13. HSL asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary accounting services rendered, based upon the time, nature, extent and value of such accounting services.

WHEREFORE, for the foregoing reasons, HOWARD S. LEIFMAN, LTD., prays for the entry of an Order as follows, pursuant to Section 331 of the Bankruptcy Code:

A) Allowing final compensation to HSL in the amount of $13,560.00, for services provided and during the Debtor's Chapter 11 case, as a Chapter 11 administrative claim; and

B) Granting such other and further relief as may be just and equitable.

Respectfully Submitted,
HOWARD S. LEIFMAN, LTD.,

By: /s/Scott R. Clar
One of its attorneys

**ACCOUNTANT'S COUNSEL**:
Scott R. Clar (Atty. No. 06183741)
Eugene Crane (Atty. No. 0537039)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
W:\MJO2\Wright, Theodore\Pay Accountant-Final.MOT.wpd